United States District Court
Southern District of Texas
FILED

JUL - 6 2012

David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

**UNITED STATES OF AMERICA**          *

**V.**          *          **CR. NO.  M-11-905-01**

**ESTIBIN IGNACIO RAMOS-ZELAYA**          *


## O R D E R

The Court having considered the Motion of Defendant, ESTIBIN IGNACIO RAMOS-ZELAYA for Leave to Proceed on appeal in Forma Pauperis, in the above-styled case, is of the opinion said motion should be granted.  It is, therefore --

ORDERED, ADJUDGED and DECREED that Defendant, ESTIBIN IGNACIO RAMOS-ZELAYA, is hereby granted leave to appeal in Forma Pauperis, and the Federal Public Defender is hereby appointed to represent Defendant, ESTIBIN IGNACIO RAMOS-ZELAYA, on said appeal.

The Clerk shall send a copy of this Order to the Defendant, ESTIBIN IGNACIO RAMOS-ZELAYA, Federal Public Defender and the United States Attorney.

DONE this _____ day of July, 2012, at McAllen, Texas.


JUDGE PRESIDING